# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0008. KENNETH JOHNSON, as Personal Representative of KENDRICK LAMAR JOHNSON et al. v. THE LOWNDES COUNTY BOARD OF EDUCATION, et al**

The Applicants have timely moved for an extension of time to file their application for discretionary appeal. The motion is hereby GRANTED. *See* OCGA § 5-6-39 (a) (5); Court of Appeals Rule 31 (i). The Applicants shall file their application by September 18, 2017.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/07/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*